ACCEPTED
05-25-01058-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/20/2025 3:26 PM
RUBEN MORIN
CLERK

| | |
|---|---|
| **Appellate Docket Number:** 05-25-01058-CR | |
| **Appellate Case Style:** JONATHAN TORRI SMITH | |
| **Vs.** STATE OF TEXAS | |
| **Companion Case(s):** | |

Amended/Corrected Statement ☐

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/20/2025 3:26:13 PM
Ruben Morin
Clerk

# DOCKETING STATEMENT (Criminal)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **III. Appellee** |
|---|---|
| Name: Jonathan Torri Smith | Name: State of Texas |
| Appellant Incarcerated? ☒ Yes ☐ No | Appellee Incarcerated? ☐ Yes ☒ No |
| Bond Amount: | Bond Amount: |
| ☐ Pro Se | ☐ Pro Se |
| *If Pro Se Party, enter the following information:* | *If Pro Se Party, enter the following information:* |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |
| **II. Appellant Attorney(s)** | **IV. Appellee Attorney(s)** |
| ☒ Lead Attorney          Appointed Attorney | ☒ Lead Attorney          District/County Attorney |
| Name: Bruce Anton | Name: |
| Bar No. 01274700 | Bar No. |
| Firm/Agency: Udashen Anton | Firm/Agency: Dallas County District Attorney's Office |
| Address 1: 8150 N. Central Expressway | Address 1: 133 N. Riverfront Blvd. |
| Address 2: Suite M1101 | Address 2: L.B. 19 |
| City/State/Zip: Dallas, Texas 75206 | City/State/Zip: Dallas, Texas 75207 |
| Tel. (214) 468-8100          Ext. | Tel. (214) 653-3600          Ext. |
| Fax: (214) 468-8104 | Fax: (214) 653-5774 |
| Email: ba@udashenanton.com | Email: dcdaappeals@dallascounty.org |
| ☐ Lead Attorney          Select | ☐ Lead Attorney          Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject Matter or Type of Case):

  Robbery

Type of Judgment:

  Final Judgment

Date Trial Court imposed or suspended sentence in open court or date Trial Court entered appealable order:

  08/04/2025

Offense Charged:

  Robbery

Date of Offense: 02/12/2021

Defendant's Plea: Guilty

If guilty, does defendant have the Trial Court's Certificate to Appeal? ☒Yes ☐No

Was the Trial by: ☐ Jury ☒ Non-Jury

Date Notice of Appeal filed in Trial Court:

  08/06/2025

If mailed to the Trial Court clerk, also give the date mailed:

Punishment Assessed:

  2 years confinement in Texas Department of Criminal Justice

Is the Appeal from the pre-trial order? ☐ Yes ☒ No

Does the Appeal involve the constitutionality or the validity of a statute, rule or ordinance?
  ☐Yes ☒No

## VI. Actions Extending Time to Perfect Appeal

Motion for New Trial:              ☒Yes ☐No  If yes, date filed: 08/06/2025

Motion in Arrest of Judgment:      ☐Yes ☒No  If yes, date filed:

Other:                             ☐Yes ☒No  If yes, date filed:

  If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Motion and Affidavit)

Motion and Affidavit filed:     ☒Yes ☐No ☐N/A     If yes, date filed: 08/06/2025

Date of Hearing:                                 ☒N/A

Date of Order:                                   ☒N/A

Ruling on Motion: ☐Granted ☐Denied               ☒N/A     If granted or denied, date of ruling:

## VIII. Trial Court and Record

Court: 195th District Court

County: Dallas

Trial Court Docket No. (Cause No.):
  F21-23897

Trial Court Judge (who tried or disposed of the case):

  Name: Hector Garza

  Address 1: 133 N. Riverfront Blvd.

  Address 2: L.B. 27

  City/State/Zip: Dallas, Texas 75207

  Tel. (214) 653-5810          Ext.

  Fax: (214) 653-5770

  Email: h.zambrano@dallascounty.org

**Clerk's Record**

Trial Court Clerk: ☒ District    ☐ County

Was Clerk's record requested?   ☒ Yes   ☐ No

  If yes, date requested: 08/07/2025

  If no, date it will be requested:

Were payment arrangements made with clerk?
  ☐ Yes   ☐ No   ☒ Indigent

**Reporter's or Recorder's Record**

Is there a Reporter's Record?   ☒ Yes  ☐ No

Was Reporter's Record requested?   ☒ Yes   ☐ No

  If yes, date requested: 08/05/2025

  If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☒ Yes  ☐ No

Were payment arrangements made with the court reporter/court recorder?  ☐ Yes   ☐ No   ☒ Indigent

| ☒ Court Reporter    ☐ Court Recorder<br>☐ Official    ☐ Substitute | ☐ Court Reporter    ☐ Court Recorder<br>☐ Official    ☐ Substitute |
|---|---|
| Name: Velma Loza | Name: |
| Address 1: 133 N. Riverfront Blvd. | Address 1: |
| Address 2: L.B. 27 | Address 2: |
| City/State/Zip: Dallas, Texas 75207 | City/State/Zip: |
| Tel. (214) 653-5813          Ext. | Tel.          Ext. |
| Fax: (214) 653-5770 | Fax: |
| Email: velma.loza@dallascounty.org | Email: |

## IX. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court        Docket:

Style:

    Vs.

Court: Select Appellate Court        Docket:

Style:

    Vs.

Court: Select Appellate Court        Docket:

Style:

    Vs.

Court: Select Appellate Court        Docket:

Style:

    Vs.

Court: Select Appellate Court        Docket:

Style:

    Vs.

Court: Select Appellate Court        Docket:

Style:

    Vs.

## X. Signature

|  | 08/20/2025 |
| --- | --- |
| Signature of counsel (or Pro Se Party) | Date |
| Bruce Anton | 01274700 |
| Printed Name | State Bar No. |
| /s/ Bruce Anton | Bruce Anton |
| Electronic Signature (Optional) | Name |

## XI. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows:

|  | /s/ Bruce Anton |
| --- | --- |
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |

01274700

State Bar No.

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| **Please enter the following for each person served:** | |
|---|---|
| Date Served: 08/20/2025 | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: Dallas County District Attorney's Office | Firm/Agency: |
| Address 1: 133 N. Riverfront Blvd. | Address 1: |
| Address 2: L.B. 19 | Address 2: |
| City/State/Zip: Dallas, Texas 75207 | City/State/Zip: |
| Tel. (214) 653-3600          Ext. | Tel.          Ext. |
| Fax: (214) 653-5774 | Fax: |
| Email: dcdaappeals@dallascounty.org | Email: |
| Party: | Party: |

| **Please enter the following for each person served that is not an attorney for a party:** | |
|---|---|
| Date Served: | Date Served: |
| Manner Served: Select | Manner Served: Select |
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |
| Date Served: | Date Served: |
| Manner Served: Select | Manner Served: Select |
| Name: | Name: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext. | Tel.          Ext. |
| Fax: | Fax: |
| Email: | Email: |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bruce Anton on behalf of Bruce Anton
Bar No. 01274700
ba@udashenanton.com
Envelope ID: 104632066
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement
Status as of 8/20/2025 3:54 PM CST

Associated Case Party: JonathanTorriSmith

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| BRUCE ANTON | | ba@udashenanton.com | 8/20/2025 3:26:13 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dallas County District Attorney's Office - Appellate Division | | dcdaappeals@dallascounty.org | 8/20/2025 3:26:13 PM | SENT |